FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

May 19, 2022

No. 04-22-00162-CV

**TEXAS DEPARTMENT OF PUBLIC SAFETY**,
Appellant

v.

Martha Theresa **ZABROKY**,
Appellee

From the County Court at Law, Kerr County, Texas
Trial Court No. 21716C
Honorable Susan Harris, Judge Presiding

# O R D E R

Appellant's brief was due May 18, 2022, and on that day, appellant filed a motion requesting an extension of time until June 27, 2022 to file its brief. After consideration, we **grant** the unopposed motion and **order** appellant's brief due **by June 27, 2022.**

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of May, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court